UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT, SS

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2006 JUN 26 AM 8 54

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| VERONICA COLLINS-LOWE<br>Plaintiff,<br><br>v.<br><br>TOWN OF BARRE and DAVID<br>JENNINGS, DIRECTOR, TOWN<br>OF BARRE EMERGENCY MEDICAL<br>SQUAD,<br>    Defendants. | )<br>)<br>)<br>)  Case No. 2:05-cv-253<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Plaintiff, Veronica Collins-Lowe, and Defendants, Town of Barre and David Jennings, Director, Town of Barre Emergency Medical Squad, by and through their respective attorneys, Blackwood & Danon, P.C., and Davis Buckley, PLLC, hereby voluntarily agree and stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(ii), that this action shall be dismissed with prejudice.

VERONICA COLLINS-LOWE, Plaintiff

Dated: June 7, 2006        By: _____
                                Beth A. Danon, Esq.
                                Attorneys for Plaintiff

TOWN OF BARRE and DAVID
JENNINGS, DIRECTOR, TOWN OF
BARRE EMERGENCY MEDICAL
SQUAD, Defendants

Dated: June 20, 2006       By: _____
                                John Davis Buckley, Esq.
                                Attorney for Defendants

BLACKWOOD & DANON, P.C.
ATTORNEYS AT LAW
P.O. BOX 875
BURLINGTON, VT 05402
(802) 863-2517